IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHRYN LASK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-2074-JWB-TJJ |
| v. | ) |
| | ) |
| THE BOARD OF TRUSTEES OF | ) |
| KANSAS CITY KANSAS COMMUNITY | ) |
| COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR ORDER TO DISCLOSE RECORDS**

COME NOW Plaintiff Kathryn Lask and Defendant the Board of Trustees of Kansas City Kansas Community College ("the Parties") in this action and in support of their Joint Motion for an Order to Disclose Records, state as follows:

1. The Parties move that the Equal Employment Opportunity Commission (EEOC) and Kansas Human Rights Commission (KHRC) be ordered to disclose their entire file and records, excluding records considered by EEOC or KHRC to be conciliatory or deliberative in nature, or attorney work product pertaining to Plaintiff Kathryn Lask concerning charges she filed against Defendant contained in EEOC Charge No. 563-2022-02518 and KHRC Charge No. 43885-23.

2. The Parties request that the order direct the Equal Employment Opportunity Commission and Kansas Human Rights Commission to prepare for the Parties an inventory of the file contents and a letter or memo specifying those documents to which the Equal Employment Opportunity Commission and/or Kansas Human Rights Commission claim confidentiality or privilege and objects to disclosure, as well as those documents to which they claim no confidentiality.

1

WHEREFORE, Plaintiff Kathryn Lask and Defendant the Board of Trustees of Kansas City Kansas Community College move the Court for an Order directing the Equal Employment Opportunity Commission be ordered to disclose its file regarding Plaintiff Kathryn Lask, Charge No. 563-2022-02518 to the Parties and directing the Kansas Human Rights Commission be ordered to disclose its file regarding Plaintiff Kathryn Lask, Charge No. 43885-23 to the Parties.

Respectfully submitted,

**DAVID R. SMITH, P.C.**

By /s/ David R. Smith
    David R. Smith    KS #13664
    4310 Madison Avenue, Suite 100
    Kansas City, Missouri 64111
    Telephone: (816)753-9393
    Facsimile: (816)778-0957
    david@dsmith-law.com (email)

**HOLMAN SCHIAVONE, LLC**

By /s/ Sophie Woodworth
    Sophie Woodworth    KS #21754
    4600 Madison Avenue, Suite 810
    Kansas City, Missouri 64112
    Telephone: (816)283-8738
    swoodworth@hslawllc.com (email)
    Attorneys for Plaintiff

**McANANY VAN CLEAVE & PHILLIPS, PA**

By: /s/ Gregory P. Goheen
    Gregory P. Goheen    KS #16291
    10 E. Cambridge Circle Drive, Suite 300
    Kansas City, Kansas 66103
    Telephone: (913)371-3838
    Facsimile: (913)371-4722
    ggoheen@mvplaw.com (email)
    Attorneys for Defendant