**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KATHRYN LASK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 23-2074-JWB-TJJ |
| v. ) | |
| ) | |
| **THE BOARD OF TRUSTEES OF** ) | |
| **KANSAS CITY KANSAS COMMUNITY** ) | |
| **COLLEGE,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER AUTHORIZING RELEASE OF**
**EEOC AND KHRC RECORDS**

NOW on this 15th day of September, 2023, upon the Joint Motion for Order to Disclose Records (ECF No. 20) and agreement of the parties in the above case, the Court hereby grants the motion and authorizes the Equal Employment Opportunity Commission ("EEOC") and the Kansas Human Rights Commission ("KHRC"), to release all records in its possession concerning *Kathryn Lask v. Kansas City Kansas Community College* including any and all documents such as correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related thereto to EEOC Charge No. 563-2022-02518 and KHRC Case No. 43885-23. It is understood that the EEOC and/or KHRC may withhold materials deemed by the EEOC and/or KHRC to be conciliatory or deliberative in nature or which are the work product of EEOC and/or KHRC legal staff, provided a list of withheld documents is provided.

IT IS SO ORDERED.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge