IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHRYN LASK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-2074-JWB-TJJ |
| v. | ) |
| | ) |
| THE BOARD OF TRUSTEES OF KANSAS | ) |
| CITY KANSAS COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**JOINT REPORT TO COURT ON STATUS
OF SETTLEMENT**

In accordance with the Court's February 2, 2024 Minute Order (ECF No. 30), Plaintiff and Defendant hereby submit the following joint status report. A settlement agreement has been drafted but the parties have not finalized certain language in the agreement. The settlement should be able to be finalized in the next thirty (30) days.

Respectfully submitted,

**DAVID R. SMITH, P.C.**

By /s/ David R. Smith
    David R. Smith    KS #13664
    4310 Madison Avenue, Suite 100
    Kansas City, Missouri 64111
    Telephone: (816)753-9393
    Facsimile: (816)778-0957
    david@dsmith-law.com (email)

**HOLMAN SCHIAVONE, LLC**

By /s/ Sophie Woodworth
    Sophie Woodworth          KS #21754
    4600 Madison Avenue, Suite 810
    Kansas City, Missouri 64112
    Telephone: (816)283-8738
    swoodworth@hslawllc.com (email)
    Attorneys for Plaintiff

By:  /s/ Gregory P. Goheen
    Gregory P. Goheen         KS #16291
    McANANY, VAN CLEAVE & PHILLPS
    l0 E. Cambridge Circle Drive, Suite 300
    Kansas City, Kansas 66103
    Telephone: (913)371-3838
    Facsimile: (913)371-4722
    ggoheen@mvplaw.com (email)
    Attorneys for Defendant